UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAUDIO ANDRADE,

    Plaintiff,

v.                                                  Case No. 8:22-cv-1994-KKM-AEP

EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANSUNION, LLC,

    Defendants.
_____

## ORDER

The Court has been advised that the action against Experian Information Solutions, Inc., has been settled. (Doc. 30.) Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that the action against Experian is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within 30 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate Experian as a defendant to this action.

**ORDERED** in Tampa, Florida, on December 23, 2022.

*[signature]*

Kathryn Kimball Mizelle
United States District Judge