# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CLAUDIO ANDRADE,

    Plaintiff,

v.                                            Case No. 8:22-cv-1994-KKM-AEP

TRANSUNION, LLC,

    Defendant.

_____

## ORDER

The Court has been advised that this action has been settled. (Doc. 32.) Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE,** subject to the right of the parties, within 30 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **WITH PREJUDICE.** The Clerk is directed to terminate any pending motion and deadline, and to close this case.

**ORDERED** in Tampa, Florida, on January 18, 2023.

_____
Kathryn Kimball Mizelle
United States District Judge